**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00032-RBJ-BNB

**KATHY WATSON,**

Plaintiff,

v.

**TOWN OF NEW CASTLE,**

Defendant.

## ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court upon the Stipulated Dismissal with Prejudice, and the Court being fully advised of the matters set forth therein;

DOES HEREBY ORDER the dismissal of all claims against the Town of New Castle, with prejudice, each party to pay her or its own costs and attorney fees. By issuing this Order, this case is resolved in its entirety and the Court hereby closes this case.

DATED this 10th day of August, 2012.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge